**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 20-2208**

COLONY INSURANCE COMPANY,

Plaintiff - Appellant,

v.

BUCKEYE FIRE EQUIPMENT CO.,

Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Frank D. Whitney, District Judge. (3:19-cv-00534-FDW-DSC)

Submitted: October 5, 2021                    Decided: November 18, 2021

Before FLOYD and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

William F. Stewart, STEWART SMITH, West Conshohocken, Pennsylvania; Gary W. Berdeen, STEWART SMITH, Midlothian, Virginia, for Appellant. Richard L. Pinto, Deborah J. Bowers, Adam L. White, PINTO COATES KYRE & BOWERS, PLLC, Greensboro, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Colony Insurance Company appeals the district court's order denying its motion for summary judgment, awarding summary judgment to Buckeye Fire Equipment Company, and declaring that Colony Insurance Company has a duty to defend Buckeye Fire Equipment Company against claims filed in a multidistrict litigation. We have reviewed the record and discern no reversible error. Accordingly, we affirm for the reasons stated by the district court.[*] *Colony Ins. Co. v. Buckeye Fire Equip. Co.*, No. 3:19-cv-00534-FDW-DSC (W.D.N.C. Oct. 20, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Based on our affirmance of the district court's ruling concerning the duty to defend, we decline to address the parties' indemnification arguments. *See Harleysville Mut. Ins. Co. v. Buzz Off Insect Shield, L.L.C.*, 692 S.E.2d 605, 611 (N.C. 2010).